**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 15, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00806-CV

---

### IN RE CHRISTOPHER DUPUY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-89958**

---

## MEMORANDUM OPINION

On December 3, 2020, relator Christopher Dupuy filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Daryl Moore, presiding judge of the 333rd District Court of Harris County, to rule on relator's Rule 91a motion to dismiss. *See* Tex. R. Civ. P. 91a.

On December 7, 2020, the trial court signed an order denying relator's motion. Therefore, relator's request for relief is now moot.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Poissant.